## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-1022 JVS (DFMx) | Date | June 27, 2018 |
| Title | Benita Ann McCord v. PetSmart, Inc. | | |

Present: The Honorable **James V. Selna**

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** <u>**Order to Show Cause re Jurisdiction**</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

      Complaint, filed

   X   Notice of Removal ("Notice") filed June 11, 2018

by PetSmart, Inc. ("PetSmart").

      The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶ 5.) Jurisdiction on this basis requires complete diversity.

      For diversity purposes, a corporation is a citizen of both its state of incorporation and its principal place of business. 28 U.S.C. § 1332(c)(1). The Notice alleges PetSmart's state of incorporation, but not its principal place of business. (Notice, ¶ 9.)

      Presently, the Court cannot tell if jurisdiction has been properly invoked.

      PetSmart is ordered to file an amended initial pleading within 15 days identifying its principal place of business.

**A failure to respond may result in remand of the case to the Superior Court of the State of California for lack of jurisdiction.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |