# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Benita Ann McCord, | ) SACV 18-01022 JVS (DFMx) |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL UPON |
| v. | ) SETTLEMENT OF CASE |
| Petsmart, Inc., et al., | ) |
| Defendant(s). | ) |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 120 days</u>, to reopen the action if settlement is not consummated.

DATED: January 3, 2019

_____
James V. Selna
United States District Judge